**Motion Granted in Part; Abatement Order filed May 29, 2014.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-13-01142-CV

_____

**ALTOM TRANSPORT, INC., Appellant**

**V.**

**MANUEL LOPEZ AND NINA LOPEZ INDIVIDUALLY AND MANUEL LOPEZ AS ADMINISTRATOR OF THE ESTATE OF CHRISTINA MARIE LOPEZ, DECEASED, Appellees**

**On Appeal from the Probate Court**
**Galveston County, Texas**
**Trial Court Cause No. 73804-A**

## ABATEMENT ORDER

On May 23, 2014, appellant filed a motion to extend time to file its brief stating that the parties are in the final stages of settlement discussions. Appellant seeks additional time to work on the structure and funding of the settlement. Accordingly, we issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket until June 30, 2014. The appeal will be reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the appeal or other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.


PER CURIAM